

**C**OURT OF **A**PPEALS FOR THE
**F**IRST **D**ISTRICT OF **T**EXAS AT **H**OUSTON

**O**RDER

Appellate case name:     Taylor Morrison of Texas, Inc. and Taylor Woodrow Communities-
League City, Ltd. v. Andrew Kohlmeyer and April Kohlmeyer

Appellate case number:   01-19-00519-CV

Trial court case number: 18-CV-1285

Trial court:             10th District Court of Galveston County

The appellants' second motion for extension of time to file their motion for rehearing and motion for en banc reconsideration is **granted**.

The Court **requests a response** to the appellants' motions to be **filed by February 16, 2021**.

It is so **ORDERED**.

Judge's signature: _____/s/ Petery Kelly_____
                    ☑ Acting individually      ☐ Acting for the Court

Date: ____February 2, 2021_____